MARK A. CAMERON, Esq. (Bar No. 111370)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942-0791
Telephone:     831-373-1241
Facsimile:      831-373-7219
Email: mcameron@fentonkeller.com

ROGER B. MEAD, Esq. (Bar No. 093251)
FOLGER LEVIN, LLP
199 Fremont Street, 23rd Floor
San Francisco, CA   94105
Direct:             415-625-1088
Facsimile:       415-625-1091
Email: rmead@folgerlevin.com

Attorneys for Plaintiffs
ROBERT FEDUNIAK and MAUREEN FEDUNIAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FEDUNIAK and MAUREEN FEDUNIAK<br><br>Plaintiffs,<br><br>v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 5:13-CV-02060-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Previous Date:    April 17, 2014<br>Current Date:     April 22, 2014<br>Time:                   10:30 a.m.<br>Judge:                 Edward M. Chen |

IT IS HEREBY STIPULATED by and between Plaintiffs ROBERT FEDUNIAK and MAUREEN FEDUNIAK ("Plaintiffs"), through their attorneys of record, and Defendant OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY ("Defendant"), (collectively referred to as the "Parties"), through their attorneys of record, as follows:

1)  WHEREAS, at the December 10, 2013, Case Management Conference before this Court, the Hon. Edward M. Chen scheduled a further Case Management Conference for

{MAC-363936;1}

1  Thursday, April 17, 2014;

2      2)    WHEREAS, the Parties have substantially completed the "Phase 1" discovery that

3  was discussed during the Case Management Conference on December 10, 2013;

4      3)    WHEREAS, the Parties have agreed to participate in a second Mediation before

5  the Honorable Richard M. Silver (Ret.), in San Jose on Tuesday, April 22, 2014;

6      4)    WHEREAS, this Court recently sent notice to the parties that the Case

7  Management Conference had been continued from April 17, 2014 to April 22, 2014;

8      5)    WHEREAS, the Parties cannot participate in the Mediation (second session) and

9  attend the CMC on the same date, April 22, 2014; and

10     6)    WHEREAS, the Parties respectfully request that the Court continue the Case

11 Management Conference from April 22, 2014, to a new date after April 22, 2014, so the

12 Mediation (second session) can proceed on that date.

### **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, that the Case Management Conference currently scheduled for April 22, 2014, be continued to a date mutually convenient to the Parties, counsel, and this Court.

Dated: March 19, 2014    FENTON & KELLER, PC

/s/
Mark A. Cameron, Esq.
Attorneys for Plaintiffs ROBERT FEDUNIAK
and MAUREEN FEDUNIAK

Dated: March 19, 2014    FOLGER LEVIN, LLP

/s/
Roger B. Mead, Esq.
Attorneys for Plaintiffs ROBERT FEDUNIAK
and MAUREEN FEDUNIAK

Dated: March 19, 2014                    HENNELLY & GROSSFELD, LLP

/s/
----------------------------
Paul T. Martin, Esq.
Ronald K. Giller, Esq.
Attorneys for Defendant OLD REPUBLIC
NATIONAL TITLE INSURANCE COMPANY

**ORDER**

This Court, having considered the parties' Stipulation to Continue Case Management Conference, Orders as follows:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 22, 2014, be vacated; and,

IT IS FURTHER ORDERED that the parties appear for a further Case Management Conference on ___5/15_____, 2014.

**IT IS SO ORDERED**.

Dated: ___3/25_____, 2014

Edw[...]
UNI[...]JUDGE
Judge Edward M. Chen

GRANTED

{MAC-363936;1}                              -3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC / CASE NO.: 5:13-CV-02060-EMC