UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT FEDUNIAK, et al., | |
|---|---|
| Plaintiffs, | Case No. 13-cv-02060-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| OLD REPUBLIC NATIONAL TITLE COMPANY, | |
| Defendant. | |

On 05/14/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 10/16/2014 at 9:00 am |
| Final Pretrial Conference | 01/08/2015 at 2:30 pm |
| Trial | 01/20/2015 at 9:00 am |

1	IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2	are referred to the assigned Magistrate Judge.
3	IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4	orders, which are available on the Court's website and in the Clerk's Office.

6	Dated:  May 15, 2014

_____
BETH LABSON FREEMAN
United States District Judge