# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT FEDUNIAK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OLD REPUBLIC NATIONAL TITLE COMPANY,<br><br>    Defendant. | Case No.  13-cv-02060-BLF<br><br>**ORDER (1) RESETTING HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO OCTOBER 30, 2014; AND (2) GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE**<br><br>[Re: ECF 38, 52] |

On August 27, 2014, Defendant filed a motion for partial summary judgment that was noticed for hearing on October 16, 2014.  That date is not available for a hearing on Defendant's motion.  The hearing date is hereby RESET to October 30, 2014 at 9:00 a.m.

On September 3, 2014, the parties filed a stipulated request to modify the briefing schedule on the motion for partial summary judgment.  In light of the later hearing date on the motion, the stipulated request is GRANTED.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
BETH LABSON FREEMAN
United States District Judge