UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT FEDUNIAK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OLD REPUBLIC NATIONAL TITLE COMPANY, <br><br> Defendant. | Case No. 13-cv-02060-BLF <br><br> **ORDER DIRECTING CLERK TO FILE DOCUMENT** |

At the hearing on Defendant's motion for summary judgment held October 30, 2014, the Court requested that it be provided with copies of the California Coastal Commission's Cease and Desist Order and Restoration Order referenced throughout the parties' briefing and in Plaintiffs' complaint. Plaintiffs' counsel thereafter submitted to chambers a document entitled "Adopted Findings for Cease and Desist and Restoration Orders," documenting administrative proceedings before the California Coastal Commission and the ultimate issuance of the Orders. The Clerk is directed to file that document, which will be considered part of the record in this case under the incorporation by reference doctrine. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (under incorporation by reference doctrine, a court may consider a document that is referenced in a complaint but not physically attached thereto, so long as no party questions the document's authenticity).

**IT IS SO ORDERED.**

Dated: November 13, 2014

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge