# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

ROBERT FEDUNIAK, et al.,

    Plaintiffs,

v.

OLD REPUBLIC NATIONAL TITLE COMPANY,

    Defendant.

Case No. 13-cv-02060-BLF

**ORDER GRANTING MOTION TO CONTINUE TRIAL AND MODIFY SCHEDULING ORDER**

[Re: ECF 73]

Plaintiffs' motion to continue the trial and modify the scheduling order was heard on December 4, 2014. For the reasons stated on the record, that motion is GRANTED as follows:

(1) In light of new information regarding encroachment of the home and/or other structures upon lands protected by the easement, Plaintiffs are granted leave to obtain an updated expert report regarding diminution in value.

(2) Such updated report shall be provided promptly to Defendant.

(3) Defendant is granted leave to conduct reasonable discovery regarding such updated report.

(4) Defendant is granted leave to obtain an updated expert report regarding diminution in value.

(5) Plaintiffs are granted leave to conduct reasonable discovery regarding such updated report.

(6) The Court has not formed an opinion regarding the viability of Plaintiffs' new theory of diminution based upon encroachment. The rulings contained herein are without prejudice to Defendant filing a motion in limine seeking to exclude evidence relating to encroachment on grounds of relevance. However, the Court

1       will not entertain a motion to exclude such evidence on grounds of delay or
2       prejudice.
3  (7)  Any disputes regarding exchange of updated expert reports or discovery regarding
4       such reports shall be presented to this Court rather than to Judge Lloyd.
5  (8)  In order to allow for the preparation of updated expert reports and necessary
6       discovery, and at the request of Plaintiffs without objection by Defendant, the trial
7       is continued to May 18, 2015 at 9:00 a.m. and the final pretrial conference is
8       continued to April 23, 2015 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated:  December 4, 2014

_____
BETH LABSON FREEMAN
United States District Judge