# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT FEDUNIAK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OLD REPUBLIC NATIONAL TITLE COMPANY,<br><br>　　　　Defendant. | Case No.  13-cv-02060-BLF<br><br>**ORDER DENYING STIPULATED REQUEST TO SHORTEN TIME FOR HEARING ON MOTION TO DISMISS**<br><br>[Re:  ECF 94] |

The parties' stipulated request to shorten time for hearing on Defendant's motion to dismiss Plaintiffs' first amended complaint is DENIED.  All law and motion calendars between now and the scheduled hearing date of April 16, 2015 are set so heavily that advancement of the hearing date is not practicable.  However, given the parties' trial date of May 18, 2015, the Court will review the motion to dismiss as soon as briefing is completed and, if the motion is appropriate for disposition without oral argument, will make every effort to issue a ruling in advance of the hearing date.  The parties' proposed briefing schedule is adopted.

**IT IS SO ORDERED.**

Dated: January 7, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge