United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT FEDUNIAK and MAUREEN FEDUNIAK,<br><br>            Plaintiffs,<br><br>      v.<br><br>OLD REPUBLIC NATIONAL TITLE COMPANY,<br><br>            Defendant. | Case No.  13-cv-02060-BLF<br><br>**PRETRIAL ORDER RE JURY SELECTION AND TRIAL TIME** |

IT IS HEREBY ORDERED that:

(1)      During jury selection, each side shall be permitted three peremptory challenges;

(2)      Eight jurors will be seated; and

(3)      Trial time shall be limited to seventeen hours per side for direct examination, cross-examination, and redirect examination.

Dated:  April 27, 2015

_____
BETH LABSON FREEMAN
United States District Judge