# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT FEDUNIAK and MAUREEN FEDUNIAK, <br><br> Plaintiffs, <br><br> v. <br><br> OLD REPUBLIC NATIONAL TITLE COMPANY, <br><br> Defendant. | Case No. 13-cv-02060-BLF <br><br> **ORDER RE TRIAL PLANNING CONFERENCE SCHEDULED FOR MAY 15, 2015** |

A trial planning conference is scheduled in this case for May 15, 2015 at 9:00 a.m. In addition to jury instructions and other matters previously identified for discussion at that conference, the parties shall be prepared to address Defendant's motion to continue the trial and the scheduling of Defendant's anticipated *Daubert* motion with respect to Plaintiffs' newly-disclosed expert, Charles Calhoun.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
BETH LABSON FREEMAN
United States District Judge