UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT FEDUNIAK, et al.,

    Plaintiffs,

  v.

OLD REPUBLIC NATIONAL TITLE COMPANY,

    Defendant.

Case No.  13-cv-02060-BLF

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL; AND ADDRESSING MATTERS DISCUSSED AT TRIAL PLANNING CONFERENCE

On May 15, 2015, the Court and counsel met in chambers to discuss trial logistics. At that time, Plaintiffs' counsel indicated that Plaintiffs would neither agree nor object to Defendant's request to continue the trial. In light of Plaintiffs' recent disclosure of a new expert witness, absent objection by Plaintiffs, and for good cause shown, Defendant's motion to continue the trial is GRANTED.

    IT IS HEREBY ORDERED that:

    (1)    TRIAL:

Trial is continued to July 6, 2015 with Jury Selection commencing at 2:00 p.m. Eight jurors will be seated. During jury selection, each side will be permitted three peremptory challenges. Trial time will be limited to eight hours per side for direct examination, cross-examination, and redirect examination.

    (2)    EXPERTS

A hearing on Defendant's anticipated *Daubert* motion with respect to Plaintiff's newly disclosed expert, Charles Calhoun, is set for July 6, 2015 at 1:00 p.m. The parties are to meet and

confer on a briefing schedule for the *Daubert* motion.  Defendant shall disclose any rebuttal expert on or before June 12, 2015 and shall make such rebuttal expert available for deposition on or before June 24, 2015.

    (3)    TRIAL MATERIALS

The parties shall submit revised jury instructions, a revised statement of the facts, and revised witness and exhibit lists on or before June 29, 2015.

Dated:  May 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge