UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT FEDUNIAK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OLD REPUBLIC NATIONAL TITLE COMPANY,<br><br>    Defendant. | Case No. 13-cv-02060-BLF<br><br>**ORDER (1) RESETTING JURY SELECTION AND DAUBERT HEARING SCHEDULED FOR JULY 6, 2015; AND (2) SETTING DEADLINE FOR SUBMISSION OF REMAINING PRETRIAL MATERIALS** |

IT IS HEREBY ORDERED THAT:

(1) <u>Jury Selection</u>:  Jury selection is RESET from July 6, 2015 at 2:00 p.m. to July 6, 2015 at 1:00 p.m.

(2) <u>*Daubert* Hearing</u>:  the *Daubert* hearing regarding Plaintiff's expert, Charles A. Calhoun, which had been set for July 6, 2015 at 1:00 p.m. will be held immediately following completion of jury selection.

(3) <u>Neutral Statement of the Case</u>:  on or before July 2, 2015 at 3:00 p.m., the parties shall file electronically, via the Court's ECF system, an agreed-upon, joint neutral statement of the case.  The parties must resolve any disputes regarding the statement through a meet and confer process; they may not submit conflicting separate statements of the case.

(4) <u>Stipulation re Liability</u>:  on or before July 2, 2015 at 3:00 p.m., the parties shall file electronically, via the Court's ECF system, a stipulation to be read to the jury regarding Defendant's liability.

(5) <u>Jury Instructions</u>: the Court will give stipulated instructions 1-34. The Court will give Plaintiffs' version of disputed instruction 35. Defendant's objection to disputed instruction 36 is overruled. On or before July 2, 2015 at 3:00 p.m., the parties shall submit a revised set of jury instructions reflecting these rulings to Courtroom Deputy Tiffany Salinas-Harwell at blfcrd@cand.uscourts.gov. The jury instructions shall be in Word format and shall be in a form appropriate for distribution to the jury. The instructions shall: include the Federal Model Jury Instructions cover sheet; be numbered 1-36; omit all headings indicating that particular instructions are stipulated or disputed; omit all legal authority or argument; omit all identification of and reference to counsel; and be double spaced.

(6) <u>Special Verdict Form</u>: On or before July 2, 2015 at 3:00 p.m., the parties shall submit to Courtroom Deputy Tiffany Salinas-Harwell at blfcrd@cand.uscourts.gov a copy of the stipulated Special Verdict Form that is appropriate for distribution to the jury. The Special Verdict Form shall: include a proper cover sheet; contain the case caption and the caption "SPECIAL VERDICT FORM"; and omit all identification of and reference to counsel.

Dated: July 1, 2015

_____
BETH LABSON FREEMAN
United States District Judge