United States District Court
Northern District of California

1

2                     **UNITED STATES DISTRICT COURT**

3                   **NORTHERN DISTRICT OF CALIFORNIA**

4                           **SAN JOSE DIVISION**

5

6   ROBERT FEDUNIAK, et al.,                Case No.  13-cv-02060-BLF

                    Plaintiffs,
7
                                            **ORDER DENYING DEFENDANT'S**
8          v.                               **MOTION TO EXCLUDE PLAINTIFFS'**
                                            **EXPERT CHARLES A. CALHOUN;**
9   OLD REPUBLIC NATIONAL TITLE             **DENYING PLAINTIFFS' MOTION TO**
    COMPANY,                                **EXCLUDE DEFENDANT'S REBUTTAL**
                                            **EXPERT ERIC SUSSMAN; AND**
10                  Defendant.              **DENYING PLAINTIFFS' MOTION TO**
                                            **EXCLUDE THE DESIGNATED**
11                                          **DEPOSITION TESTIMONY OF CRAIG**
                                            **BUTORAC**
12
                                            [RE:  ECF 177, 188, 196]
13

14

15         Before the Court are the following motions:  (1) Defendant's *Daubert*[1] motion to exclude

16  Plaintiffs' expert, Charles A. Calhoun; (2) Plaintiffs' *Daubert* motion to exclude Defendant's

17  rebuttal expert, Eric Sussman; and (3) Plaintiffs' motion to exclude the designated deposition

18  testimony of Craig Butorac.  The Court has considered the parties' briefing, the testimony of Dr.

19  Calhoun heard July 6, 2015 and July 7, 2015, the oral argument of counsel presented on July 7,

20  2015, and the applicable law.  For the reasons stated on the record on July 7, 2015, all three

21  motions are DENIED.

22         **IT IS SO ORDERED.**

23

24  Dated:  July 7, 2015

25                                          _____

26                                          BETH LABSON FREEMAN
                                            United States District Judge
27

28  ---
    [1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).